**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                                           **PLAINTIFF**

**v.**                                              **4:01CR00209-01-WRW**

**JOSEPH RANDALL, JR.**                                                                                                        **DEFENDANT**

## ORDER

Pending is Defendant's *Pro Se* Motion to Modify his Sentence (Doc. No. 43). Defendant was sentenced on September 4, 2003, and did not appeal his sentence. Even if this motion were treated as one for habeas relief, the motion is DENIED as untimely under Fed. R. Crim. P. 35, Fed. R. Civ. P. 60, and under 28 U.S.C. § 2255, which require such a motion to be made within one year of the entry of judgment.

IT IS SO ORDERED this 14th day of May, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE